KRISS & FEUERSTEIN LLP
360 Lexington Avenue, Suite 1200
New York, New York 10017
(212) 661-2900
(212) 661-9397-fax
Jerold C. Feuerstein, Esq.
Daniel N. Zinman, Esq.
Stuart L. Kossar, Esq.
jfeuerstein@kandfllp.com
dzinman@kandfllp.com
skossar@kandfllp.com

*Attorneys for 500 Summit Avenue LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| 500 SUMMIT AVENUE MAZAL LLC, | : | Case No. 23-11831- lgb |
| | : | |
| | : | Hon. Lisa G. Beckerman |
| | : | United States Bankruptcy Judge |
| | : | |
| Debtor. | : | |

------------------------------------------------------------X

**NOTICE OF APPEARANCE OF KRISS & FEUERSTEIN LLP AS ATTORNEYS FOR 500 SUMMIT AVENUE LLC PURSUANT TO BANKRUPTCY RULE 9010 AND DEMAND FOR SERVICE OF ALL NOTICES, ETC., PURSUANT TO BANKRUPTCY RULE 2002**

**NOTICE IS HEREBY GIVEN,** pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Kriss & Feuerstein LLP, 360 Lexington Avenue, Suite 1200, New York, New York 10017, appears for and on behalf of 500 Summit Avenue LLC, creditor in this bankruptcy case.

**NOTICE IS FURTHER GIVEN,** that pursuant to Federal Rule of Bankruptcy Procedure 2002, it is requested that all notices given or required to be given in this Chapter 11 case, including but not limited to all papers filed and served in all adversary proceedings in this case and all notices mailed to any statutory committees or their authorized agents, be given to and served upon:

KRISS & FEUERSTEIN LLP
Jerold C. Feuerstein, Esq.
Daniel N. Zinman, Esq.
Stuart L. Kossar, Esq.
360 Lexington Avenue, Suite 1200
New York, New York 10017
(212) 661-2900

**NOTICE IS FURTHER GIVEN,** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtor or debtor in possession, or the property of such debtor or of the debtor's estate.

Dated: New York, New York
November 16, 2023

KRISS & FEUERSTEIN LLP
*Attorneys for 500 Summit Avenue LLC*

By: /s/ *Jerold C. Feuerstein*
Jerold C. Feuerstein, Esq.
Daniel N. Zinman, Esq.
Stuart L. Kossar, Esq.
360 Lexington Avenue, Suite 1200
New York, NY 10017
(212) 661-2900
(212) 661-9397 fax
jfeuerstein@kandfllp.com
dzinman@kandfllp.com
skossar@kandfllp.com

TO:

500 SUMMIT AVENUE MAZAL LLC – *Debtor*
345 Seventh Avenue
Attn: Nir Amsel
New York, NY 10001

Fred B. Ringel – *Attorney for Debtor*
Leech Tishman Robinson Brog PLLC
875 Third Avenue / Suite 9th Floor
New York, NY 10022

United States Trustee - *U.S. Trustee*
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408